

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00740-CV

**Zamick Tannarpatia Milhouse**

**v.**

**Ebonie McCain**

NO. 2006-74892 IN THE 311TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $6.00 | 03/02/2015 | UNKNOWN | ANT |
| FILING | $77.50 | 01/12/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 01/12/2015 | PAID | ANT |
| FILING | $97.50 | 11/03/2014 | PAID | ANT |
| CLK RECORD | $19.00 | 10/02/2014 | UNKNOWN | ANT |
| CLK RECORD | $71.00 | 09/30/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $291.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 5, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**